# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5113**                                  **September Term, 2025**

**1:25-cv-04218-PLF**

**Filed On: April 13, 2026** [2168184]

New York Times Company and Julian E.
Barnes,

      Appellees

    v.

United States Department of Defense, also
known as Department Of War, et al.,

      Appellants

## O R D E R

The notice of appeal was filed on April 10, 2026, and docketed in this court on April 10, 2026. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 13, 2026 |
| Docketing Statement Form | May 13, 2026 |
| Entry of Appearance Form (Attorneys Only) | May 13, 2026 |
| Procedural Motions, if any | May 13, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 13, 2026 |
| Statement of Issues to be Raised | May 13, 2026 |
| Transcript Status Report | May 13, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | May 13, 2026 |
| Dispositive Motions, if any | May 28, 2026 |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5113**                                    **September Term, 2025**

It is

     **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 13, 2026 |
| Entry of Appearance Form (Attorneys Only) | May 13, 2026 |
| Procedural Motions, if any | May 13, 2026 |
| Dispositive Motions, if any | May 28, 2026 |

It is

     **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

     **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                             **FOR THE COURT:**
                             Clifton B. Cislak, Clerk

                    BY:   /s/
                             Francis A. Walter
                             Deputy Clerk

The following forms and notices are available on the Court's website:

     Civil Docketing Statement Form
     Entry of Appearance Form
     Transcript Status Report Form
     Request to Enter Appellate Mediation Program (Optional)
     Notice Concerning Expedition of Appeals and Petitions for Review
     Stipulation to be Placed in Stand-By Pool of Cases (Optional)