# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** New York Times Company, et al.

**v.**

DOD, et al.

**Case No:** 26-5113

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

## Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Dept. of Defense, aka Dept. of War

Pete Hegseth, in his official capacity

Sean Parnell, in his official capacity

## Counsel Information

Lead Counsel: Jack Starcher

Direct Phone: ( 202 ) 514-8877  Fax: ( 202 ) 514-8151  Email: john.e.starcher@usdoj.gov

2nd Counsel:  Brad Hinshelwood

Direct Phone: ( 202 ) 514-7823  Fax: ( 202 ) 514-8151  Email: bradley.a.hinshelwood@usdoj.gov

3rd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Firm Name:

Firm Address:

Firm Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.