# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5113**

**September Term, 2025**

**1:25-cv-04218-PLF**

**Filed On:** April 13, 2026

New York Times Company and Julian E. Barnes,

      Appellees

      v.

United States Department of Defense, also known as Department of War, et al.,

      Appellants

**BEFORE:**    Walker, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, it is

**ORDERED**, on the court's own motion, that appellees file a response to the emergency motion by 5:00 p.m. on Friday, April 17, 2026, and that appellants file any reply by 5:00 p.m. on Tuesday, April 21, 2026.

### Per Curiam

                                    **FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk