# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** DEPARTMENT OF DEFENSE A/K/A DEP. ▣

**v.**

THE NEW YORK TIMES COMPANY, ET ▲ ▣

**Case No:** 26-5113

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained   ○ Pro Bono   ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)   ⦿ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

The New York Times Company

Julian E. Barnes

### Counsel Information

Lead Counsel: Theodore J. Boutrous, Jr.

Direct Phone: ( 213 ) 229-7804  Fax: ( 213 ) 229-6804   Email: TBoutrous@gibsondunn.com

2nd Counsel: Katie Townsend

Direct Phone: ( 213 ) 229-7839  Fax: ( 202 ) 530-9612   Email: KTownsend@gibsondunn.com

3rd Counsel: Susan Pelletier

Direct Phone: ( 202 ) 887-3541  Fax: ( 202 ) 530-4202   Email: SPelletier@gibsondunn.com

Firm Name: Gibson, Dunn & Crutcher LLP

Firm Address: 333 South Grand Avenue, Los Angeles, CA 90071-3197

Firm Phone: ( 213 ) 229-7000  Fax: ( 213 ) 229-6804   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)