[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| NEW YORK TIMES COMPANY, *et al.*, | ) ) ) ) | |
| Plaintiffs-Appellees, | ) ) | |
| v. | ) ) | No. 26-5113 |
| U.S. DEPARTMENT OF DEFENSE, *et al.*, | ) ) ) | |
| Defendants-Appellants. | ) ) ) | |

**APPELLANTS' STATEMENT OF INTENT NOT TO UTILIZE A
DEFERRED APPENDIX**

Pursuant to the Court's April 13, 2026, Order, appellants state that they do not intend to utilize a deferred appendix in this proceeding. Appellants plan to file a joint appendix with appellants' opening brief.

Respectfully submitted,

s/ Jack Starcher

JACK STARCHER
*Attorney, Appellate Staff*
*Civil Division, Room 7515*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-8877*
*john.e.starcher@usdoj.gov*

MAY 2026

## CERTIFICATE OF SERVICE

I certify that on May 13, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*s/ Jack Starcher*
Jack Starcher