# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5113    2. DATE DOCKETED: 04-10-2026

3. CASE NAME (lead parties only) New York Times Company    v. DOD

4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ⦿ No
If YES, cite statute _____

6. CASE INFORMATION:
a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
Civil Action 25-4218 (PLF)    Bankruptcy _____    Tax _____
Criminal _____    Adversary _____
Miscellaneous _____    Ancillary _____

b. Review is sought of:
☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal

c. Name of judge who entered order being appealed:
Judge Paul L. Friedman    Magistrate Judge _____

d. Date of order(s) appealed (use date docketed): 3/20/26; 4/9/26    e. Date notice of appeal filed: 04-10-2026

f. Has any other notice of appeal been filed in this case? ○ Yes ⦿ No    If YES, date filed: _____

g. Are any motions currently pending in trial court? ○ Yes ⦿ No    If YES, date filed: _____
If YES, identify motion _____

h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ⦿ No
If NO, why not? Not necessary to issues on appeal

i. Has this case been before the Court under another appeal number? ○ Yes Appeal # _____ ⦿ No

j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
○ Yes ⦿ No If YES, give each case's court and case name, and docket number:
_____

k. Does this case turn on validity or correct interpretation or application of a statute? ○ Yes ⦿ No
If YES, give popular name and citation of statute _____

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ⦿ No If so, provide program name and participation dates
_____

Signature /s/ Jack Starcher    Date 05-13-2026
Name of Party Department of Defense et al.
Name of Counsel for Appellant/Petitioner Jack Starcher
Address 950 Pennsylvania Ave, NW, Washington, DC 20530
Phone ( 202 ) 514-8877    Fax ( 202 ) 514-7964

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

**CERTIFICATE OF SERVICE**

I certify that on May 13, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*s/ Jack Starcher*
Jack Starcher