[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| NEW YORK TIMES COMPANY, *et al.*, | ) ) ) ) | |
| Plaintiffs-Appellees, | ) ) | |
| v. | ) ) | No. 26-5113 |
| U.S. DEPARTMENT OF DEFENSE, *et al.*, | ) ) ) | |
| Defendants-Appellants. | ) ) ) | |

## APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's April 13, 2026, Order and D.C. Circuit Rule 28(a)(1), appellants respectfully certify as follows

### A.    Parties and Amici

Defendants-appellants are the United States Department of Defense, aka the Department of War; Pete Hegseth, in his official capacity as Secretary of Defense; and Sean Parnell, in his official capacity as Chief Pentagon Spokesman.  Plaintiffs-appellees are the New York Times Company and Julian E. Barnes.

Amici in the district court in support of plaintiffs-appellees include the State of New York; the Pentagon Press Association; Reporters Committee for Freedom of the Press; Committee to Protect Journalists, First Amendment Coalition; Inter American Press Association; International Women's Media Foundation; The Media Institute; Media Law Resource Center; Military Reporters and Editors; National Freedom of Information Coalition; National Newspaper Association; National Press Club; National Press Photographers Association; New England First Amendment Coalition; New England Newspaper and Press Association, Inc.; News/Media Alliance; News Guild – CWA; Online News Association; PEN American Center, Inc.; Pulitzer Center on Crisis Reporting; Radio Television Digital News Association; Society of Environmental Journalists; Society of Professional Journalists; Student Press Law Center; Tully Center for Free Speech; American Civil Liberties Union of the District of Columbia; and the American Civil Liberties Union. The Pentagon Press Association has also appeared in this Court as amicus in support of plaintiffs-appellees.

There were no intervenors in district court.

## B. Rulings Under Review

The rulings under review (issued by Judge Paul L. Friedman) are (1) the district court's memorandum opinion and order granting plaintiffs' motion for summary judgment, *see* D.D.C. No. 25-cv-4218, Dkt. Nos. 35, 36 (Mar. 20, 2026) and (2) the district court's memorandum opinion and order granting plaintiffs' motion to compel compliance, *see* D.D.C. No. 25-cv-4218, Dkt. Nos. 55, 56 (Apr. 9, 2026).

## C. Related Cases

There are no related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Respectfully submitted,

*s/ Jack Starcher*
JACK STARCHER
*Attorney, Appellate Staff*
*Civil Division, Room 7515*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-8877*
*john.e.starcher@usdoj.gov*

MAY 2026

**CERTIFICATE OF SERVICE**

I certify that on May 13, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*s/ Jack Starcher*
Jack Starcher
