[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NEW YORK TIMES COMPANY, *et al.*, | ) |
| | ) |
| Plaintiffs-Appellees, | ) |
| | ) |
| v. | ) No. 26-5113 |
| | ) |
| U.S. DEPARTMENT OF DEFENSE, *et al.*, | ) |
| | ) |
| Defendants-Appellants. | ) |
| | ) |

**PRELIMINARY STATEMENT OF ISSUES TO BE RAISED**

Pursuant to the Court's April 13, 2026, Order, appellants respectfully submit that potential issues for consideration on appeal include:

Whether the district court erred in concluding that certain new press credential policies issued by the Department were void-for-vagueness under the Fifth Amendment.

Whether the district court erred in concluding that certain new press credential policies issued by the Department imposed unreasonable and viewpoint-discriminatory restrictions in a nonpublic forum.

Whether the district court erred in concluding that the Department's subsequent actions taken to comply and conform its conduct to the district court's summary judgment order could also be enjoined as a matter of compliance with the district court's order because those actions somehow violated the spirit of that order.

Respectfully submitted,

*s/ Jack Starcher*
JACK STARCHER
*Attorney, Appellate Staff*
*Civil Division, Room 7515*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-8877*
*john.e.starcher@usdoj.gov*

MAY 2026

# CERTIFICATE OF SERVICE

I certify that on May 13, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system.  I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*s/ Jack Starcher*
Jack Starcher