**ORAL ARGUMENT NOT YET SCHEDULED**
**No. 26-5113**

# United States Court of Appeals
## For the District of Columbia Circuit

---

DEPARTMENT OF DEFENSE A/K/A DEPARTMENT OF WAR, ET AL.,

*Defendants-Appellants*,

v.

THE NEW YORK TIMES COMPANY, ET AL.,

*Plaintiffs-Appellees*.

---

On Appeal From The United States District Court
For The District Of Columbia, No. 1:25-cv-4218-PLF,
The Honorable Paul L. Friedman

---

## APPELLEES' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Susan M. Pelletier
Eric Brooks
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8500
SPelletier@gibsondunn.com

Theodore J. Boutrous, Jr.
Katie Townsend
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com

*Counsel for Plaintiffs-Appellees*
*The New York Times Company and*
*Julian E. Barnes*

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Circuit Rule 28 and the Court's April 13, 2026 Order, Appellees submit this Certificate as to Parties, Rulings, and Related Cases:

1.      **Parties and amici.**  All parties, intervenors, and *amici* appearing in this court are listed in the Appellants' Certificate as to Parties, Rulings, and Related Cases.

2.      **Rulings under review.**  References to the rulings at issue appear in the Appellants' Certificate as to Parties, Rulings, and Related Cases.

3.      **Related cases.**  There are no related cases.

Dated: May 13, 2026

Respectfully submitted,

*/s/ Theodore J. Boutrous, Jr.*

Theodore J. Boutrous, Jr.
Katie Townsend
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

Susan M. Pelletier
Eric Brooks
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8500
SPelletier@gibsondunn.com
EBrooks2@gibsondunn.com

*Counsel for Plaintiffs-Appellees The New York Times Company and Julian E. Barnes.*