**ORAL ARGUMENT NOT YET SCHEDULED**
**No. 26-5113**

## United States Court of Appeals
## For the District of Columbia Circuit

-------

DEPARTMENT OF DEFENSE A/K/A DEPARTMENT OF WAR, ET AL.,

*Defendants-Appellants,*

v.

THE NEW YORK TIMES COMPANY, ET AL.,

*Plaintiffs-Appellees.*

-------

On Appeal From The United States District Court
For The District Of Columbia, No. 1:25-cv-4218-PLF,
The Honorable Paul L. Friedman

-------

**APPELLEES' AMENDED CERTIFICATE AS TO PARTIES,**
**RULINGS, AND RELATED CASES**

Susan M. Pelletier
Eric Brooks
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8500
SPelletier@gibsondunn.com

Theodore J. Boutrous, Jr.
Katie Townsend
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com

*Counsel for Plaintiffs-Appellees*
*The New York Times Company and*
*Julian E. Barnes*

**AMENDED CERTIFICATE AS TO
PARTIES, RULINGS, AND RELATED CASES**

Pursuant to Circuit Rule 28 and the Court's April 13, 2026 Order, Appellees

submit this Amended Certificate as to Parties, Rulings, and Related Cases:

1. **Parties and amici.** All parties, intervenors, and *amici* appearing in this

court are listed in the Appellants' Certificate as to Parties, Rulings, and Related

Cases.

2. **Rulings under review.** References to the rulings at issue appear in the

Appellants' Certificate as to Parties, Rulings, and Related Cases.

3. **Related cases.** There are no related cases.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit

Rules 26.1 and 28(a)(1)(A), Plaintiff-Appellee The New York Times Company

("The Times") discloses that it is a publicly traded company, it has no parent com-

pany, and no publicly held corporation owns ten percent or more of its stock. The

Times is a global media organization focused on creating and distributing high-qual-

ity news and information.

Dated:  May 28, 2026

Respectfully submitted,

*/s/ Theodore J. Boutrous, Jr.*

Theodore J. Boutrous, Jr.
Katie Townsend
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

Susan M. Pelletier
Eric Brooks
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8500
SPelletier@gibsondunn.com
EBrooks2@gibsondunn.com

*Counsel for Plaintiffs-Appellees The New York Times Company and Julian E. Barnes.*

2