IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

NEW YORK TIMES COMPANY, et al.,

Plaintiffs-Appellees,

v.

U.S. DEPARTMENT OF DEFENSE, et al.,

Defendants-Appellants.

No. 26-5113

**UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME
TO FILE OPENING BRIEF**

Pursuant to Fed. R. App. P. 26 & 27, defendants respectfully move to modify the briefing schedule in the manner set forth below. Plaintiffs consent to this motion. Defendants respectfully request an extension of the time, to and including August 13, 2026, for filing their response brief. Defendants have not previously sought an extension in this case. In support of this motion, defendants state the following:

1. This is an appeal of two decisions from the district court: (1) a decision granting summary judgment against defendants and enjoining certain press-credentialing policies; and (2) a subsequent decision granting

a motion to compel compliance with that order, enjoining certain revised press-credentialing policies and new physical access restrictions.

2. Defendants appealed those decisions and then moved for a partial emergency stay pending appeal, which this Court granted. This Court stayed the district court's compliance order to the extent it required defendants to grant reporters unescorted access to the Pentagon.

3. After defendants obtained that stay, plaintiffs filed a new lawsuit in front of the same district court judge and sought a preliminary injunction against the same escort policy covered by this Court's stay order. On June 30, the district court granted plaintiffs' motion for a preliminary injunction. On July 2, defendants appealed that new preliminary injunction and moved for a stay pending appeal from the district court. The same day, the district court granted a 14-day administrative stay of its injunction but otherwise denied the motion.

4. Defendants' opening brief in this appeal is currently due on July 14, 2026. No previous extensions of this time have been sought or granted. This extension is necessary to allow defendants time to assess whether to seek consolidation of this appeal with the appeal of the new preliminary

injunction. Both cases involve the same parties and involve injunctions against some of the same Department press policies.

5. This extension is also necessary because of the press of business in other matters. Jack Starcher has principal responsibility for preparing the government's brief in this case. During this briefing period, Mr. Starcher also had principal responsibility for preparing the government's response brief in *My Vape Order v. FDA*, No. 21-71302 (9th Cir.) (filed June 17, 2026), and has principal responsibility for preparing the government's supplemental brief in *SF AIDS v. Trump*, No. 25-4988 (9th Cir.) (due July 21, 2026). In addition, Mr. Starcher presented oral argument in *Fumizer v. FDA*, No. 25-5366 (9th Cir.) (oral argument held June 11, 2026).

Brad Hinshelwood is the attorney with supervisory responsibility over this case. During this briefing period, Mr. Hinshelwood also has responsibility for several other matters, including *PFLAG Inc. v. Trump*, No. 25-1279 (4th Cir.) (reply brief filed June 29); *Goad v. United States*, No. 25-7021 (10th Cir.) (response brief due July 8); and *DiNapoli v. Secretary of Health and Human Services*, No. 26-5088 (D.C. Cir.) (response brief due July 22).

4. Plaintiffs consent to this motion.

# CONCLUSION

For the foregoing reasons, defendants respectfully request a 30-day extension, to and including August 13, 2026, for filing defendants' opening brief.

Respectfully submitted,

*s/ Jack Starcher*

JACK STARCHER
*Attorney, Appellate Staff*
*Civil Division, Room 7515*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-8877*
*john.e.starcher@usdoj.gov*

July 2026

**CERTIFICATE OF SERVICE**

I certify that on July 2, 2026 I filed and served the foregoing Motion with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*s/ Jack Starcher*
Jack Starcher