# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5113**  **September Term, 2025**

**1:25-cv-04218-PLF**

**Filed On: July 9, 2026** [2182495]

New York Times Company and Julian E. Barnes,

Appellees

v.

United States Department of Defense, also known as Department of War, et al.,

Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for a 30-day extension of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | August 13, 2026 |
| Appendix | August 13, 2026 |
| Appellees' Brief | September 14, 2026 |
| Appellants' Reply Brief | October 5, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk