**ORAL ARGUMENT NOT YET SCHEDULED**

**No. 26-5113**

---

# In the United States Court of Appeals
## for the District of Columbia Circuit

———————————

THE NEW YORK TIMES COMPANY, *et ano*,

*Plaintiff-Appellees*,

*v.*

DEPARTMENT OF DEFENSE A/K/A DEPARTMENT OF WAR, *et al.*,

*Defendant-Appellants.*

———————————

On Appeal from the United States District Court
for the District of Columbia
No. 25-cv-04218 (Hon. Paul L. Friedman, District Judge)

---

## NOTICE OF THE PENTAGON PRESS ASSOCIATION TO PARTICIPATE AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF-APPELLEE

---

DAVID A. SCHULZ
  *Counsel of Record*
JOHN LANGFORD
MEDIA FREEDOM &
  INFORMATION ACCESS CLINIC
YALE LAW SCHOOL
127 Wall Street
New Haven, CT 06511
(919) 619-9819
john.langford@ylsclinics.org

*Counsel for the Pentagon Press Association as Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 28(a)(1)(A), *amicus curiae* certifies as follows: the Pentagon Press Association is an unincorporated nonprofit association. It has no parent corporation and no subsidiaries, and it issues no stock.

## NOTICE OF INTENT TO PARTICIPATE
## AS *AMICUS CURIAE*

Pursuant to Rule 29(a)(2) of the Federal Rules of Appellate Procedure and Local Rule 29(b) of this Court, putative *Amicus* Pentagon Press Association hereby notifies the Court of its intent to participate as *amicus curiae* in this case and file a brief in support of Plaintiff-Appellee The New York Times Company. Counsel for all parties have consented to the filing of this *amicus curiae* brief.

*Amicus* Pentagon Press Association ("PPA") is an unincorporated association founded in 2010 to promote the interests and protect the rights of journalists assigned to report on the U.S. Department of Defense. The PPA's members are security-cleared reporters whose principal assignments involve covering senior Pentagon officials, the military, and other matters related to the Department of Defense. The PPA has a specific interest in protecting the First Amendment rights of its members, which are at issue in this appeal.

Last October, the Defendant-Appellant Department of Defense ("DOD") revoked the Pentagon press credentials of more than one hundred Pentagon Press Association members. Under new DOD press policies, reporters credentialed to work at the Pentagon must always be

accompanied while they are in the building, and DOD can expel reporters who seek out, acquire, or publish information that DOD has not pre-approved for release.  As the district court held, DOD's new press policies are retaliatory and unconstitutional.

*Amicus* intends to file a brief to clarify for the Court the ways in which the new DOD restrictions obstruct the ability of Pentagon reporters to do their job and to illuminate the damaging impact this has on the flow of vital information to the public.  As the PPA brief will make clear, under the DOD's new press policies the public today has less information about DOD's plans, purposes, actions, or accomplishments than at any point in modern history, even as our military is actively engaged in combat operations in multiple arenas across the globe. Both the rights of PPA's members and the public's fundamental interest in knowing what its government is up to are at stake in this appeal.

Dated: August 13, 2026

Respectfully submitted,

/s/  *David A. Schulz*
DAVID A. SCHULZ
   *Counsel of Record*
MEDIA FREEDOM &
   INFORMATION ACCESS CLINIC

2

YALE LAW SCHOOL[*]
127 Wall Street
New Haven, CT 06511
(919) 619-9819
david.schulz@ylsclinics.org

*Counsel for Pentagon Press
Association as Amicus Curiae*

---

[*] The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.

3

## CERTIFICATE OF SERVICE

I certify that on August XX, 2026, I electronically filed the foregoing Notice with the United States Court of Appeals for the District of Columbia Circuit, using the appellate CM/ECF system. All parties are registered CM/ECF users, and service upon them will be accomplished by the appellate CM/ECF system.

Date: August XX 2026

/s/ *David Schulz*
David Schulz