**ORAL ARGUMENT NOT YET SCHEDULED**

**No. 26-5113**

# In the United States Court of Appeals for the District of Columbia Circuit

THE NEW YORK TIMES COMPANY, *et al.*,

*Plaintiffs-Appellees*

*v.*

UNITED STATES DEPARTMENT OF DEFENSE,
also known as DEPARTMENT OF WAR, *et al.*,

*Defendants-Appellants*

On Appeal from the United States District Court
for the District of Columbia
Case No. 25-cv-4218-PLF
Hon. Paul L. Friedman, District Judge

## NOTICE OF INTENT TO FILE AMICUS BRIEF AND REPRESENTATION OF CONSENT

Anne M. Voigts
Mauni Jalali
PILLSBURY WINTHROP
SHAW PITTMAN LLP
2400 Hanover Street
Palo Alto, California 94304-1113
T: 650.233.4500/F: 650.233.4545
E: anne.voigts@pillsburylaw.com
mauni.jalali@pillsburylaw.com

Todd Kim
Ya'ara Barnoon
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
T: 202.663.8000/F: 202.663.8007
E: todd.kim@pillsburylaw.com
yaara.barnoon@pillsburylaw.com

Alexandra Elenowitz-Hess
PILLSBURY WINTHROP
SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
T: 212.858.1000/F: 212.858.1500
E: alex.elenowitz-hess@pillsburylaw.com

*Attorneys for Amicus Curiae*
*Society for the Rule of Law*

Pursuant to D.C. Circuit Rule 29(b), the Society for the Rule of Law hereby provides notice of its intent to file a brief as amicus curiae in the above-captioned case in support of Plaintiffs-Appellees. All parties have consented to the filing of the brief.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, the Society for the Rule of Law states that it is a nonpartisan, nonprofit organization founded by lawyers and former public officials, whose general nature and purpose, insofar as relevant to this litigation, is to defend constitutional government, the integrity of the Nation's legal institutions, and the impartial administration of justice. The Society for the Rule of Law has no parent company, issues no stock, and no publicly held company has a 10% or greater ownership interest in it.

September 14, 2026

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Anne M. Voigts*

ANNE M. VOIGTS
Counsel of Record
MAUNI JALALI
2400 Hanover Street
Palo Alto, California 94304
Tel.: (650) 233-4500

Fax: (650) 233-4545
anne.voigts@pillsburylaw.com
mauni.jalali@pillsburylaw.com

TODD KIM
YA'ARA BARNOON
1200 17th Street, NW
Washington, D.C. 20036
Tel.: (202) 663-8000
Fax: (202) 663-8007
todd.kim@pillsburylaw.com
yaara.barnoon@pillsburylaw.com

ALEXANDRA ELENOWITZ-HESS
31 West 52nd Street, 29th Floor
New York, New York 10019
Tel.: (212) 858-1000
Fax: (212) 858-1500
alex.elenowitz-hess@pillsburylaw.com

*Counsel for Amicus Curiae*
*Society for the Rule of Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I electronically filed the foregoing Notice of Intent to File Amicus Curiae Brief and Representation of Consent with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

*/s/ Anne M. Voigts*
Anne M. Voigts