# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5113** **September Term, 2026**

**1:25-cv-04218-PLF**

**Filed On: November 16, 2026** **[2203426]**

New York Times Company and Julian E. Barnes,

Appellees

v.

United States Department of Defense, also known as Department of War, et al.,

Appellants

**BEFORE:** Circuit Judges Henderson and Millett, and Senior Circuit Judge Rogers

**<u>COURTROOM MINUTES OF ORAL ARGUMENT</u>**

PROCLAMATION BEING MADE, the Court opened on Monday, November 16, 2026 at 09:35 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

Jack Starcher (DOJ), counsel for Appellants.

Theodore J. Boutrous Jr., counsel for Appellees.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk